**Entered on Docket
October 08, 2010**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge
_____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4
10-72993

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-21251-bam |
|---|---|
| Maria A. Delgado-Garcia | Date: 9/28/2010
Time: 1:30 pm |
| | Chapter 13 |
| Debtor | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, its assignees and/or successors in interest, of the subject property, generally described as 7721 Blackbird Ave, Las Vegas, NV 89145.

Submitted by:

**WILDE & ASSOCIATES**

By: _/s/ #10235_
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
David M. Crosby
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Kathleen A Leavitt
Chapter 13 Trustee

1  In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):
2  \_\_\_\_    The court has waived the requirements set forth in LR 9021(b)(1).
3  \_\_\_\_    No party appeared at the hearing or filed an objection to the motion.
   \_x\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and
4          any unrepresented parties who appeared at the hearing, and each has approved or
           disapproved the order, or failed to respond, as indicated below [list each property and
5          whether the party has approved, disapproved, or failed to respond to the document]:
6
   \_x\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the
7          motion pursuant to LR 9014(g), and that no party has objected to the form or content of the
           order.
8  Debtor's counsel:
9     \_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order
      \_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
10    \_\_\_\_ appeared at the hearing, waived the right to review the order
      \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order
11 Trustee:
12    \_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order
      \_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
13
14    \_\_\_\_  This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
             counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
15           parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
             respond, as indicated below.
16
17 Debtor's counsel:
18    \_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order
      \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
19    \_\_\_\_ appeared at the hearing, waived the right to review the order
      \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order
20
   Trustee:
21
22    \_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order
      \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
23
      \_\_\_\_  I certify that I have served a copy of this order with the motion, and no parties appeared or filed
24           written objection.
25
   Submitted by:
26  /s/ Gregory L. Wilde, Esq.
   Gregory L. Wilde, Esq.
   Attorney for Secured Creditor